UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMPSON,<br>　　　　Petitioner,<br>　v.<br>CHRISTIAN PFEIFFER,<br>　　　　Respondent. | Case No. CV 17-06218 PSG (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: 8/24/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE